No. 87–1662.   SPENCER v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 87–1677.   ANGELICA v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 87–1679.   RIVERA v. FRANK, POSTMASTER GENERAL OF THE UNITED STATES, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 87–1681.   DE LA FUENTE v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 87–1692.   MAROTTA v. UNITED STATES.   C. A. Fed. Cir. Certiorari denied.

No. 87–1721.   MCGREGOR v. KENTUCKY.   Ct. App. Ky.   Certiorari denied.

No. 87–5205.   RAMSEY v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 87–5726.   BUCKLEY v. BUTLER, WARDEN, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 87–5982.   HAYES v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 87–6155.   GRAYSON v. UNITED STATES (two cases).   Ct. App. D. C.   Certiorari denied.

No. 87–6174.   IRON BOY v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 87–6183.   INGRAHAM, AKA MACKEIL v. UNITED STATES. C. A. 1st Cir.   Certiorari denied.

No. 87–6234.   WHALEY v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 87–6252.   MORGAN v. GEORGIA.   Sup. Ct. Ga.   Certiorari denied.

No. 87–6289.   OLMSTEAD v. UNITED STATES.   C. A. 1st Cir. Certiorari denied.